In the Matter of LEO OVERLAND, Appellant, against LE ROY FOODS, INC., et al., Respondents.

Argued April 22, 1952; decided May 29, 1952.

*Max Rothenberg* for appellant.

*David Gale* and *Alfred Sobol* for respondents.

Order affirmed, with costs. A director has an absolute right to inspect the corporate books (*People ex rel. Wilkins* v. *Ascher Silk Corp.*, 237 N. Y. 574, 630), but such right terminates when, as here, an applicant for such an order is removed as director while his application is pending before the Special Term (*Matter of Hafter* v. *Eagle Fish Co.*, 296 N. Y. 808). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.